**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 0 7 2011

DAVID J MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | CRIMINAL NO. 1:11-CR- 55<br>Judge Clark-Giblin |
| DAVID GLENN MANUEL | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. §§ 2113(a) Bank Robbery

On or about the 5th day of April, 2011, in the Eastern District of Texas, the defendant, **David Glenn Manuel**, by force, violence and intimidation did take from the person or presence of another money, namely United States Currency, belonging to and in the care, custody, control, management, and possession of the Security State Bank of Dayton, Texas, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

### Count Two

Violation: 18 U.S.C. §§ 2113(a) Bank Robbery

On or about the 5th day of April, 2011, in the Eastern District of Texas, the defendant, **David Glenn Manuel**, did enter a building used in whole or in part as a bank, namely the Security State Bank of Dayton, Texas, a bank whose deposits were then

insured by the Federal Deposit Insurance Corporation, with the intent to commit in such bank, a felony affecting such bank so used, in violation of 18 U.S.C. § 2113(a) and 2113(b).

In violation of 18 U.S.C. § 2113(a).

A TRUE BILL

_____
GRAND JURY FOREMAN

JOHN M. BALES
UNITED STATES ATTORNEY

_____
RANDALL L. FLUKE
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 1:11-CR-55 |
| | § | Judge _____ |
| DAVID GLENN MANUEL | § | |

### NOTICE OF PENALTY

### Counts One and Two

Violation:   18 U.S.C. § 2113(a)

Penalty:   Imprisonment of not more than twenty (20) years, a fine not to exceed $250,000, or both; a term of supervised release of not more than five (5) years.

Special Assessment:   $ 100.00.

Indictment                                   Page 3