IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | Crim. Action No. 1:11-CR-55 |
| v. | § | |
| | § | JUDGE RON CLARK |
| DAVID GLENN MANUEL | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION ON DEFENDANT'S COMPETENCY TO STAND TRIAL

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration. Judge Hawthorn conducted a hearing to determine Defendant David Glenn Manuel's competency for purposes of this criminal proceeding. After considering the examiner's findings, Judge Hawthorn filed his report and recommendation on Defendant's competency to stand trial. Judge Hawthorn concluded that the Defendant is competent under 18 U.S.C. § 4241.

The parties have not objected to the magistrate judge's findings and recommendation. See Doc. # 29 (Defendant's Notice of No Objection). The court accepts the findings in the report and recommendation.

The court **ORDERS** that the sealed report and recommendation on Defendant's competency to stand trial [Doc. #28] is **ADOPTED.** The court further **ORDERS** and **FINDS** that, in accordance with the magistrate judge's recommendation, the examiner's report, and the parties' agreement, Defendant David Glenn Manuel is competent to proceed pursuant to Title 18, United States Code, Section 4241.

So **ORDERED** and **SIGNED** this **26** day of **January, 2012.**

_____
Ron Clark, United States District Judge